# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 22, 2006

129362

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JACQUELINE SUE COLE,
      Defendant-Appellant.

SC: 129362
COA: 261548
Lenawee CC: 04-011167-FH

_____/

      On order of the Court, the application for leave to appeal the May 20, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      CAVANAGH and KELLY, JJ., would remand this case to the Court of Appeals as on leave granted.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 22, 2006

_____
Clerk

s0315